United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IRVING BEO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-125 |
| | § | |
| CENAC MARINE SERVICES LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, United States Magistrate Judge John R. Froeschner is hereby designated to prepare and submit to this Court a report and recommendation on "Defendant's Cenac Marine Services, LLC's and CTCO Benefits Services, LLC's Motion for Partial Summary Judgment", Dkt. 19.

SIGNED at Galveston, Texas, this 12th day of September, 2016.

George C. Hanks Jr.
United States District Judge